DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## PETITION TO REHEAR

| | | | |
|---|---|---|---|
| N.C. State Bar v. Gilbert<br><br>Case below:<br>357 N.C. 502 | No. 434A02 | Def's Petition for Rehearing (COA01-769) | Denied<br>**11/18/03** |